# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-03439-CV-S-MDH |
| | ) | |
| RAYMOND EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's pro se Motion to Discontinue Psychiatric Medication. (Doc. 22.). This matter has been referred to the undersigned for processing and handling pursuant to L.R. 72.1 and 28 U.S.C. § 636(b). Defendant, who is currently imprisoned at the Federal Medical Center Devens in Ayer, Massachusetts, moves this Court to order the Government to discontinue allegedly forced psychiatric medication.

On June 13, 2014, this Court ordered Defendant's commitment to the custody of the Attorney General for psychiatric hospitalization pursuant to 18 U.S.C. § 4245. Then, on April 27, 2020, on the Government's motion, this Court found that Defendant was no longer in need of such custody for care or treatment and discharged him from the commitment in accordance with Section 4245(e). As a result, this Court's authority under the commitment has ended, and the Western District of Missouri is not the appropriate federal judicial district for Defendant to raise these issues. Rather, the appropriate venue would appear to be the District of Massachusetts, where he is imprisoned and the alleged events at issue are occurring.

Accordingly, Defendant's pro se Motion to Discontinue Psychiatric Medication is **DENIED** without prejudice. The Clerk of the Court shall send a copy of this Order to Defendant at FMC Devens via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: June 18, 2020